IN THE UNITED STATES COURT OF FEDERAL CLAIMS
No. 04-1286C

(Filed: November 24, 2004)

GARDNERVILLE INVESTMENT GROUP, A CALIFORNIA LIMITED PARTNERSHIP,

Plaintiff,

v.

UNITED STATES,

Defendant.

ORDER

Pending before the court is Defendant's Unopposed Motion for Enlargement of Time, filed on November 19, 2004. Defendant's response to plaintiff's complaint is due on November 19, 2004. Defendant requests an additional 45 days in which to file its response.

Good cause having been shown, defendant's motion for enlargement is GRANTED. Defendant shall respond to plaintiff's complaint on or before January 3, 2005.

It is so ORDERED.

s/ Charles F. Lettow
Charles F. Lettow
Judge